

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-25-2005

# In Re: Rite Aid Corp

Precedential or Non-Precedential: Precedential

Docket No. 03-2914

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In Re: Rite Aid Corp " (2005). *2005 Decisions.* Paper 1491.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1491

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 15, 2005

No. 03-2914

In Re: Rite Aid Corporation Securities Litigation

Plaintiff Class Member/Objector Walter Kaufman, Appellant

(ED of PA Nos. MDL 1360 & 99-cv-01349)

Present:  SCIRICA, Chief Judge, FISHER and ALARCON, Circuit Judges.

Letter dated 2/3/05 which the Court may wish to construe as a Motion by Appellees, John Tang, et al., to amend the Court's Opinion.

/s/ Gayle Burr
Gayle Burr 267-299-4921
Case Manager

**Precedential Reported Opinion issued on 1/26/05 Vacating and Remanding; Mandate due to issue on 2/17/05; Responses due on 2/28/05.**

**O R D E R**

The foregoing letter dated February 3, 2005, construed by the Court as a motion by appellees, John Tang, et al., to amend the Court's Opinion is granted.  It is hereby ordered that the opinion in the above case, filed January 26, 2005, be amended as follows:

Page 2:  Insert the names
    WILLIAM C. FREDERICKS, ESQUIRE
    CHRISTIAN P. SIEBOTT, ESQUIRE
    ANN M. LIPTON, ESQUIRE
after DAVID J. BERSHAD, ESQUIRE and before Milberg Weiss Bershad & Schulman

Page 3, second paragraph, first sentence, which read:
    The District Court awarded class counsel, consisting of co-lead counsel Berger & Montague, P.C., Milberg Weiss Bershad & Lerach LLP and other firms representing the class, $31.6 million or 25% of the KPMG settlement fund.
shall read:
    The District Court awarded class counsel, consisting of co-lead counsel Berger & Montague, P.C., Milberg Weiss Bershad & Schulman LLP and other firms representing the class, $31.6 million or 25% of the KPMG settlement fund.

BY THE COURT,

/s/ Anthony J. Scirica
Chief Judge

Dated:  February 25, 2005

In Re: Rite Aid Corporation Securities Litigation
Page Two
No. 03-2914
ghb/cc: Lawrence W. Schonbrun, Esq.
        (David J. Bershad, Esq.
         William C. Fredericks, Esq.
         Christian P. Siebott, Esq.
         Ann M. Lipton, Esq.
        (Carole Broderick, Esq.
         Sherrie R. Savett, Esq.
         Robin Switzenbaum, Esq.